GEORGE TSAHALIS, Appellant, *v.* AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS et al., Respondents.

Supreme Court, Appellate Term, First Department, June 20, 1946.

*Gustave A. Gerber* for appellant.

*John J. Bennett, Corporation Counsel (Seymour B. Quel* and *Samuel D. Johnson* of counsel), for the Department of Health of the City of New York, respondent.

*Howard B. Nichols* for American Society for the Prevention of Cruelty to Animals, respondent.

MEMORANDUM *Per Curiam.* The order appealed from should be affirmed, with $10 costs, solely on the ground that, as between the owner of a dog and the municipal authorities, there is only a qualified property right and, accordingly, a qualified right of possession and not the immediate, exclusive right of possession required in replevin.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Order affirmed.